Matter of Albina H. (Xenia H.) (2024 NY Slip Op 01422)

Matter of Albina H. (Xenia H.)

2024 NY Slip Op 01422

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, MONTOUR, OGDEN, AND DELCONTE, JJ.

144 CAF 23-01110

[*1]IN THE MATTER OF ALBINA H. AND ISAIAH H. ONONDAGA COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, PETITIONER-RESPONDENT; XENIA H., RESPONDENT, AND JOHN H., RESPONDENT-APPELLANT. 

LAW OFFICE OF VERONICA REED, SCHENECTADY (VERONICA REED OF COUNSEL), FOR RESPONDENT-APPELLANT.
ROBERT A. DURR, COUNTY ATTORNEY, SYRACUSE (ERIN WELCH FAIR OF COUNSEL), FOR PETITIONER-RESPONDENT.
CATHERINE M. SULLIVAN, OSWEGO, ATTORNEY FOR THE CHILDREN. 

 Appeal from an order of the Family Court, Onondaga County (Christina F. DeJoseph, J.), entered June 21, 2023, in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, terminated respondents' parental rights with respect to the subject children. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Mergl v Mergl, 19 AD3d 1146, 1147 [4th Dept 2005]).
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court